UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | CASE NO. 23-10749 |
| OLE' ORLEANS WINES AND SPIRITS, | SECTION "A" |
| Debtor. | CHAPTER 7 |

UNITED STATES TRUSTEE'S
MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(a)

**NOW INTO COURT** comes David W. Asbach, Acting U.S. Trustee for Region 5 (the, "UST"), by and through undersigned counsel, and moves this Court for an order dismissing this case, for cause, under 11 U.S.C. § 707(a). In support of the motion, the UST respectfully states, as follows:

STANDING

1. By virtue of the Chapter 7 filing, the administration of this case is subject to the UST's supervision under 28 U.S.C. § 586. Pursuant to 11 U.S.C. § 307, the UST has standing to appear and be heard on any issue in a case or proceeding under Title 11.

BACKGROUND

2. Ole' Orleans Wines and Spirits (the, "Debtor") filed a voluntary petition for relief under Chapter 7 of Title 11, United States Code, on May 15, 2023. The Debtor is represented by Robert Marrero. The Debtor did not file schedules or statement of financial affairs with the bankruptcy filing.

3. The Debtor obtained an extension to file its schedules and statement of financial affairs until Tuesday, June 6, 2023. [ECF-8]. To date, the Debtor has not filed its schedules or statement of financial affairs.

4. Barbara Rivera-Fulton (the, "<u>Trustee</u>") was appointed the Chapter 7 trustee in the case. [ECF-2]. The § 341 meeting of creditors was originally scheduled to be held on June 16, 2023. [ECF-2].

5. On June 16, 2023, a Trustee's and UST's Disposition and Notice of Rescheduled 341(a) Meeting of Creditors was filed by the Trustee, rescheduling the § 341 meeting of creditors for June 30, 2023. [ECF-12].

## LEGAL ANALYSIS

6. §707(a)(3) of the Bankruptcy Code provides that a court may dismiss a Chapter 7 case, for cause, for failure to timely file information required by 11 U.S.C. § 521(a)(1). Pursuant to § 521, unless the court orders otherwise, a debtor must file a schedule of assets and liabilities, a schedule of current income and current expenditures, and a statement of the debtor's financial affairs.

7. Debtors "have an absolute duty to report whatever interests they hold in property, even if they believe their assets are worthless or unavailable to the bankruptcy estate." <u>In re Semco Mfg. Co., Inc.</u>, 649 B.R. 155, 168 (Bankr. S.D. Tex. 2023) citing <u>In re Fonke</u>, 310 B.R. 809, 817 (Bankr. S.D. Tex. 2004). Debtors also have an absolute duty to ensure one's schedules and statement of financial affairs is complete and accurate. <u>In re Semco Manufacturing Company, Inc.</u>, 649 B.R. at 168 citing <u>Anthony v. Tow</u>, No. BR 04-35947-H1-7, 2006 WL 8446449, at *2 (S.D. Tex. Jan. 27, 2006), <u>aff'd sub nom.</u> <u>In re Unruh</u>, 265 F. App'x 148 (5th Cir. 2008). The consequences for playing fast and loose with the Bankruptcy Code's disclosure requirements are severe. <u>Id</u>.

8. The purpose of the § 521(a)(1) requirement is to prevent abuse of Chapter 7. <u>Fonder v. United States</u>, 974 F.2d 996, 999 (8th Cir. 1992) (identifying purpose of § 521(1)).

2

9. By not filing its schedules and statement of financial affairs, the Debtor has failed to comply with its duties under 11 U.S.C. § 521. Therefore, cause exists to dismiss this case pursuant to 11 U.S.C. § 707(a)(3).

**WHEREFORE**, the United States Trustee respectfully requests that this Court dismiss this case under 11 U.S.C. § 707(a), for cause, and grant such other and further relief to which the United States Trustee may justly be entitled.

Respectfully submitted,

DAVID W. ASBACH
Acting United States Trustee
Region 5, Judicial Districts of
Louisiana and Mississippi

By: */s/ Christy R. Bergeron*
CHRISTY R. BERGERON, Trial Attorney
La. Bar # 22944
400 Poydras Street, Suite 2110
New Orleans, LA 70130
Telephone: (504) 589-4018
Facsimile: (504) 589-4096
Christy.Bergeron@usdoj.gov